IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILLIAM and MARY ENRIGHT,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CV 22-18-BLG-SPW-TJC<br><br><br>ORDER |

Upon the Stipulation of Dismissal (Doc. 22) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of October, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE